**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:22-CV-21435-KMM

CARLOS BRITO,

    Plaintiff,
v.

KISS VENTURES, INC. and
1644 HOLDING CORP. D/B/A/
BUDGET ACE HARDWARE

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendants, KISS VENTURES, INC. and 1644 HOLDING CORP. D/B/A BUDGET ACE HARDWARE., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these Defendants.

Respectfully submitted this June 28, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Ronald E. Stern* |
| ANTHONY J. PEREZ, ESQ. | RONALD E. STERN, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 10089 |
| GARCIA-MENOCAL & PEREZ, P.L. | THE ADVOCACY LAW FIRM, P.A. |
| 4937 S.W. 74th Court | 1250 East Hallandale Beach Blvd., Suite 503 |
| Miami, FL 33155 | Hallandale Beach, Florida 33009 |
| Telephone: (305) 553- 3464 | Telephone: (954) 639-7016 |
| Email:  ajperez@lawgmp.com | Email:  ronsternlaw@gmail.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 28, 2022.

      Respectfully submitted,

      **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ