UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21435-KMM

CARLOS BRITO,

    Plaintiff,

v.

KISS VENTURES, INC. and
1644 HOLDING CORP. D/B/A
BUDGET ACE HARDWARE

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

    Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendants, KISS VENTURES, INC. and 1644 HOLDING CORP. D/B/A BUDGET ACE HARDWARE ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in a confidential settlement agreement.

    STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

 Respectfully submitted on August 1, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Ronald E. Stern* |
| ANTHONY J. PEREZ | RONALD E. STERN, ESQ. |
| Florida Bar No. 535451 | Florida Bar No. 10089 |
| GARCIA-MENOCAL & PEREZ, P.L. | THE ADVOCACY LAW FIRM, P.A. |
| 4937 S.W. 74th Court | 1250 East Hallandale Beach Blvd., Suite 503 |
| Miami, FL 33155 | Hallandale Beach, Florida 33009 |
| Telephone: (305) 553- 3464 | Telephone: (954) 639-7016 |
| Email:  ajperez@lawgmp.com | Email:  ronsternlaw@gmail.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on August 1, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com


By: ____/s/ Anthony J. Perez_____
    ANTHONY J. PEREZ
    Florida Bar No.: 535451